UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| M & MM ENTERPRISES, LLC., | ) | CASE NO. 04 B 23762 |
| | ) | |
| Debtor. | ) | HON. A. BENJAMIN GOLDGAR |

**FINAL REPORT OF DEBTOR-IN-POSSESSION**

To: THE HONORABLE A. BENJAMIN GOLDGAR,
BANKRUPTCY JUDGE and
THE UNITED STATES TRUSTEE

NOW COMES the debtor, M & MM ENTERPRISES, LLC., (the "Debtor"), and respectfully submits to the Court and to the United States Trustee its Final Report in accordance with Federal Rule of Bankruptcy Procedure 1019(5)(a)(ii).

1. The Petition commencing this case under Chapter 11 was filed on June 23, 2004. An order converting this case to a case under Chapter 7 was entered on August 16, 2004. David R. Brown has been appointed as the Chapter 7 trustee for the Debtor's estate.

2. The Debtor has turned over to the Trustee all records and property of the estate in accordance with Federal Rule of Bankruptcy Procedure 1019(4).

3. A summary of the Debtor's Final Report for the period of June 23 through August 16, 2004 is as follows:

    a.    BEGINNING BALANCE (See Exhibit A)     $1,689.55

    b.    RECEIPTS (See Exhibit A)     $ 0.00

{A0073133.DOC}

  c. DISBURSEMENTS (See Exhibit A)  $    0.00

  d. NET CASH available for Trustee  $1,689.55

  4. The Debtor has filed a Schedule of Unpaid Debts in accordance with Federal Rule of Bankruptcy Procedure 1019(5)(a)(ii) in the aggregate sum of $500.00.

          RESPECTFULLY SUBMITTED:

          M & MM ENTERPRISES, LLC.

DATE: _____

       By: _____
         Hasan Merchant, Manager

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60610
(312) 541-0151
Attorneys for the Debtor

{A0073133.DOC}

**EXHIBIT A**
**CASH RECEIPTS AND DISBURSEMENTS**

Opening balance in all accounts                $1,689.55

Ending balance in all accounts                 $1,689.55

{A0073133.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *M&MM Enterprises, LLC*   CASE NO. *04 B 23762*

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending *6/23 - 7/31*, 20 *04*

BEGINNING BALANCE IN ALL ACCOUNTS   $ *1689.55*

RECEIPTS:
    1. Receipts from operations   $ _____
    2. Other Receipts   $ _____

DISBURSEMENTS:
    3. Net payroll:
        a. Officers   $ _____
        b. Others   $ _____

    4. Taxes
        a. Federal Income Taxes   $ _____
        b. FICA withholdings   $ _____
        c. Employee's withholdings   $ _____
        d. Employer's FICA   $ _____
        e. Federal Unemployment Taxes   $ _____
        f. State Income Tax   $ _____
        g. State Employee withholdings   $ _____
        h. All other state taxes   $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)   $ _____
        b. Utilities   $ _____
        c. Insurance   $ _____
        d. Merchandise bought for
            manufacture or sale   $ _____
        e. Other necessary expenses
           (specify)

    _____   $ _____

    _____   $ _____

TOTAL DISBURSEMENTS   $ *0*

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ *0*

ENDING BALANCE IN *MIDWEST BANK*   $ *1689.55*
        (Name of Bank)

ENDING BALANCE IN _____   $ _____
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS   $ *1689.55*

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _M&MM Enterprises, LLC_  CASE NO.: _04 B 23762_

RECEIPTS LISTING

FOR MONTH ENDING _6/23 - 7/31_, 20_04_

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

DATE RECEIVED          DESCRIPTION          AMOUNT

TOTAL: _0_

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: M&MM Enterprises LLC    CASE NO.: 04 B 23762

DISBURSEMENT LISTING

FOR MONTH ENDING 6/23 - 7/31, 20 04

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

**DATE DISBURSED**     **CHECK NO.**     **DESCRIPTION**     **AMOUNT**

TOTAL: 0

You must create a separate list for each bank account from which disbursements were made during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _M&MM Enterprises, LLC_    CASE NO.: _04 B 23762_

FOR MONTH ENDING _6/23 - 7/31_, 20_04_

STATEMENT OF INVENTORY

Beginning inventory    $ —

Add: purchases    $ —

Less: goods sold
(cost basis)    $ —

Ending inventory    $ —

PAYROLL INFORMATION STATEMENT

Gross payroll for this period    $ —

Payroll taxes due but unpaid    $ —

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| West Suburban Bank (Darien) | 7/1 | 3,390 | 1 | 3,390 |
| West Suburban Bank (Carpentersville) | 7/1 | 1,169 | 1 | 1,169 |
|  | See Attached List |  |  |  |

* Include only post-petition payments.

OPERATING REPORT Page 4

M&MM Enterprises, LLC  04 B 23762
6/23-7/31/04

## Status of Payments to Secured Creditors and Lessors

| Creditor | Pmt due date | Amount | # Pmts Delinq. | Amount Pmts Delinq. |
|---|---|---|---|---|
| West Suburban Bank- Darien | 7/1/2004 | 3,540.00 | 1 | 3,540.00 |
| West Suburban Bank- Falcon Ridge | 7/1/2004 | 1,168.50 | 1 | 1,168.50 |
| Broadway Bank-8235 Polo Ct. Thorne | 7/1/2004 | 1,000.00 | 1 | 1,000.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *M&M Enterprises, LLC*   CASE NO.: *04 B 23762*

FOR MONTH ENDING *6/23 - 7/31*, 20*04*

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ _____ |
| Add: sales on account | $ _____ |
| Less: collections | $ _____ |
| End of month balance | $ _____ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ _____ |
| Add: credit extended | $ _____ |
| Less: payments of account | $ _____ |
| End of month balance | $ _____ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: M&MM ENTERPRISES LLC    CASE NO.: 04 B 23762

FOR MONTH ENDING  6/23 – 7/31, 2004

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | N/A |
| 2. | FICA withholdings | Yes ( ) | No ( ) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

M&M Enterprises, LLC.                         04 B 23762

I, _____Steven Holowicki_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Steven Holowicki
Controller     M&M Enterprises LLC

DATED: 8/13/04

OPERATING REPORT Page 8

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 0 2 2004
KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. A. Benjamin Goldgar |
| M&MM ENTERPRISES, LLC, | ) | Case No. 04-23762 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### SCHEDULE OF UNPAID DEBTS PURSUANT TO FRBP 1019(5)(a)(i)

The undersigned debtor states that the following debts were incurred after the filing of the petition and before conversion of the case:

| Creditor | Description | Amount |
|---|---|---|
| United States Trustee<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606 | 2nd & 3rd Quarter Fees | $500.00 |

M&MM Enterprises, LLC

By: _____
    Hasan Merchant, Manager

{A0072721.DOC}

## CERTIFICATE OF SERVICE

Richard M. Fogel certifies that he caused to be served a true copy of the above and foregoing Notice upon the attached Service List by U.S. Mail, first-class, postage prepaid, on this 2nd day of September, 2004 from 321 N. Clark Street, Chicago, IL 60610.

_____
Richard M. Fogel

Steven B. Towbin (#2848546)
Richard M. Fogel (#3127114)
James J. Teich (#6273149)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile
Attorneys for the Debtor

{A0072721.DOC}

## SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

David R. Brown
P.O. Box 160
Lake Villa, IL 60046

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| M & MM ENTERPRISES, LLC., | ) | No. 04 B 23762 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that she caused to be served true copies of **Final Report of Debtor-in-Possession** upon the attached Service List by U.S. Mail Delivery on September 21, 2004 from 321 N. Clark Street, Chicago, Illinois 60610.

*/s/ Natasha Jovanovic*

*/s/ Valerie Joy Stanley*
Notary Public

"OFFICIAL SEAL"
VALERIE JOY STANLEY
Notary Public, State of Illinois
My Commission Expires 12/12/2006

{A0073680.DOC}

## Service List

Office of the U.S. Trustee
Attention: Richard C. Friedman
227 West Monroe Street, Suite 3350
Chicago, IL 60606

{A0073680.DOC}